# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **BRIAN ROBERT BLAZER,** *Plaintiff,* § § § § | |
| v. § | Case No. 6-20-cv-00276-ADA |
| **LOWE'S COMPANIES, INC.,** *Defendant.* § § § § | |

## REFERRAL ORDER TO MAGISTRATE JUDGE GILLILAND

It is hereby **ORDERED** that this case is referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 29th day of April, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE